

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00362-CV

## Trial Court No. 2012-2331-CCL2

**Grace Smith**

**Vs.**

**Stephanie Holloway**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Timothy Andrew Hootman |
| Motion fee | $10.00 | Gregory Ave |
| Clerk's record | $50.00 | TIMOTHY HOOTMAN |
| Filing | $100.00 | Timothy Andrew Hootman |
| Supreme Court chapter 51 fee | $50.00 | Timothy Andrew Hootman |
| Indigent | $25.00 | Timothy Andrew Hootman |
| Required Texas.gov efiling fee | $20.00 | Timothy Andrew Hootman |
| **TOTAL:** | $265.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 4th day of May 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk